UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 10-46058
                                          CHAPTER 13
PETER J KOWALSKI
                                          JUDGE JACQUELINE P COX

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  CHASE MANHATTAN MORTGAGE CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 16 | 1610 ARS 5628KOLMAR | $997.52 | $1,697.52 | $1,697.52 |
| Total Amount Paid by Trustee | | | | | $1,697.52 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 10-46058

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 29th day of October, 2013 .

Debtor:                                         Attorney:
PETER J KOWALSKI                                STUART B HANDELMAN
5628 N KOLMAR                                   200 S MICHIGAN AVE # 205
CHICAGO, IL  60646                              CHICAGO, IL  60604
                                                via Clerk's ECF noticing procedures


Creditor:
CHASE MANHATTAN MORTGAGE
CORP
3415 VISION DR
OH4-7126
COLUMBUS, OH  43219-2106

ELECTRONIC SERVICE - United States Trustee


Date:  October 29, 2013                         /s/ TOM VAUGHN
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE
                                                55 E. MONROE STREET, SUITE 3850
                                                CHICAGO, IL  60603