# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

B13110096

IN RE:

|  |  |
|---|---|
|  ]  | Case Number 10-46058 |
|  ]  | CH 13 |
| Peter J. Kowlaski;    ]  | Judge Jacqueline P. Cox |
|  ]  |  |
|  ]  |  |
|  ]  |  |
|  ]  |  |
|  ]  |  |

## RESPONSE TO NOTICE OF FINAL CURE

Now comes JPMorgan Chase Bank, National Association by and through its attorney of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX1610, the first lien on the property, is current, due for 12/1/2013 and the arrears have been paid in full.

JPMorgan Chase Bank, National Association

/s/Nisha Parikh
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376
W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

  I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on November 19, 2013 addressing the following:

TO: Peter J Kowalski, 5628 N. Kolmar, Chicago, IL 60646
   Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
   Jean M. Huang, 200 S. Michigan Ave., Suite 205, Chicago, IL 60604